FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 0 9 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WAFA WAGHNAM,

                    Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-4518 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on May 4, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

      ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       May 05, 2005

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court